UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

DANIEL M. CUGINI,  Case No. 9:10-bk-13469-ALP

Debtor.  Chapter 11
_____/

ORDER GRANTING JOINT MOTION
FOR PROTECTIVE ORDER REGARDING
DEBTOR'S MOTION FOR AUTHORIZATION TO CONDUCT
BANKRUPTCY RULE 2004 EXAMINATION OF FIRST COMMUNITY BANK

THIS CASE having come on to be heard on Thursday, December 16, 2010, on the Joint Motion for Protective Order Regarding Debtor's Motion for Authorization to Conduct Bankruptcy Rule 2004 Examination of First Community Bank (Docket #240), and the Court having heard the argument of counsel, the Court finds that the joint defense doctrine or the common interest doctrine applies to communications between counsel for M & I BANK and counsel for FIRST COMMUNITY BANK OF AMERICA with respect to this Bankruptcy case, and the Court being otherwise fully advised in the premises, it is hereby,

ORDERED that the Motion be and the same is hereby granted. It is further

ORDERED that FLORIDA COMMUNITY BANK OF AMERICA does not have to produce emails between counsel for M & I BANK and counsel for FIRST COMMUNITY BANK OF AMERICA to the Debtor and does not have to prepare and produce a privilege log to the Debtor. It is further

ORDERED that any communications between personnel of M & I BANK and FIRST

COMMUNITY BANK OF AMERICA are discoverable and should be produced by FIRST COMMUNITY BANK OF AMERICA.

DONE AND ORDERED in Chambers at Tampa, Florida on December 27, 2010.

DAVID H. ADAMS
UNITED STATES BANKRUPTCY JUDGE

Conformed copies to:

Debtor, Debtor's Counsel, U.S. Trustee
Jeffrey W. Leasure, Esq., P.O. Box 61169, Fort Myers, FL 33906-1169